May 11, 1979

413 A.2d 1115

Commonwealth v. Brown, Appellant.

 Argued March 19, 1979. Julius E. Fioravanti, for appellant; Thomas McGarrigle, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

413 A.2d 1116

Commonwealth v. Bussey, Appellant.

Argued September 12, 1978. John J. McCreesh, III, for appellant; Donna Loeb, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of sentence affirmed.